IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALMA S. SAUL,

    Plaintiff,

v.                                     Case No. 1:24-cv-01247-MLG-JMR

MTGLQ INVESTORS, LP,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

United States Magistrate Judge Jennifer M. Rozzoni filed the Proposed Findings and Recommended Disposition ("PFRD") on June 17, 2025. Doc. 17. This PFRD recommends the Court grant Defendant's Motion to Dismiss. *Id.* at 8. The PFRD further recommends Plaintiff's claims be dismissed with prejudice. *Id.* at 9. The PFRD notified the parties of their ability to file objections within fourteen days and that failure to do so waived appellate review. *Id.* Neither party filed objections.

It is therefore ordered as follows:

1. Judge Rozzoni's Proposed Findings and Recommended Disposition, Doc. 17, is adopted;

2. Defendant's Motion to Dismiss, Doc. 8, is granted;

3. Plaintiff's Complaint, Doc. 1, is dismissed with prejudice; and

4. Final judgment will be entered contemporaneously pursuant to Federal Rule of Civil Procedure 58(a).

                                              UNITED STATES DISTRICT JUDGE
                                              MATTHEW L. GARCIA